IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-D-2016 (MJW)

THOMAS B. FULTON,

    Plaintiff(s),

v.

MARTIN GROUP, INC.,

    Defendant(s).

_____

### ORDER OF DISMISSAL
_____

The parties have filed a Stipulation of Dismissal with Prejudice on June 20, 2005. After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice. Accordingly, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated this 20th day of June, 2005.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge